Payam Shahian (State Bar No. 228406)
**STRATEGIC LEGAL PRACTICES, APC**
e-mail: pshahian@slpattorney.com
1875 Century Park East., Suite 700
Los Angeles, CA 90067
Telephone: (310) 277-1040
Facsimile: (310) 943-3838

Matthew R. Mendelsohn
David A. Mazie (awaiting *pro hac vice*)
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303

Dara Tabesh (State Bar No. 230434)
e-mail: DTabesh@hotmail.com
201 Spear St. Ste. 1100
San Francisco, CA 94105
Telephone: (415) 595-9208
Facsimile: (310) 693-9083

Attorneys for Plaintiff Tigran Cholakyan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| TIGRAN CHOLAKYAN, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case Number: CV 10 5944-MMM (JQ)<br><br>**DECLARATION OF DARA TABESH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MBUSA'S MOTION TO DISMISS AND STRIKE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Margaret M. Morrow<br>Date:  February 14, 2011<br>Time:  10:00 a.m.<br>Courtroom:  780 |

**Case No**.  CV 10 5944-MMM (JQ)

DECLARATION OF DARA TABESH

1  I, Dara Tabesh, Declare as follows:

2      1.    I am attorney of record for the Plaintiff in the above-entitled action.

3      2.    I am duly licensed and certified to practice law in the State of
4  California.

5      3.    I have personal knowledge of the facts set forth herein, except where
6  statements are specifically based upon information and belief, and as to those
7  statements, I am so informed after reasonable investigation and believe them to be
8  true.

9      4.    If called to testify to the statements in the Declaration, I could and
10  would competently do so under oath.

11      5.    This Declaration is submitted in regards to Plaintiff's Opposition to
12  Motion to Dismiss and Strike First Amended Complaint ("Opposition").

13      6.    Attached as Exhibit A to this Declaration is a true and correct copy of
14  a "WORKORDER" Plaintiff Tigran Cholakyan received from Mercedes-Benz of
15  Calabasas, provided to counsel by Plaintiff.  The copy submitted as an exhibit to
16  this declaration includes the following notations added by counsel: an <u>arrow</u>
17  indicating payment made by "CASH," a <u>circle</u> indicating "CUST SAYS TRUNK
18  HAS WATER IN IT AFTER MAINS-SEE ME," a <u>circle</u> indicating "CUST
19  SAYS WHEN OPENING DRIVERS DORR, WATER RUSHED OUT-SEE ME,"
20  and <u>two arrows</u> indicating "Preliminary Estimate : $200.00."

21      7.    Attached as Exhibit B to this Declaration is a true and correct copy of
22  an "INVOICE" Plaintiff Tigran Cholakyan received from Mercedes-Benz of
23  Calabasas, provided to counsel by Plaintiff, charging Plaintiff for the work done
24  under the "WORKORDER" that is Exhibit A to this declaration.  The copy
25  submitted as an exhibit to this declaration includes the following notations added
26  by counsel: on page 1, an <u>arrow</u> indicating "total paid" as "136.50," and on page
27  2, an <u>arrow</u> indicating "PAYMENT" as "CASH," and an <u>arrow</u> indicating a stamp
28

**Case No**. CV 10 5944-MMM (JQ)       Page 1

**DECLARATION OF DARA TABESH**

1  marked "PAID MAR 1 2010."

2  Executed this 10th day of January, 2011, at San Francisco, California.

                                                        /s/
                                      Dara Tabesh, Declarant

**Case No**. CV 10 5944-MMM (JQ)    Page 2

**DECLARATION OF DARA TABESH**