Troy M. Yoshino, No. 197850
Eric J. Knapp, No. 214352
Billie D. Salinas, No. 235193
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:        tyoshino@cbmlaw.com
              eknapp@cbmlaw.com
              bsalinas@cbmlaw.com

Attorneys for Defendant
Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIGRAN CHOLAKYAN, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | No. 10-cv-05944-MMM (JC)<br><br>**ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL MATERIAL AS MODIFIED**<br><br>FAC Served:  Nov. 15, 2010<br>Response Date:  December 13, 2010<br><br>Hon. Jacqueline Choolijian |

The Court having considered the proposed Joint Stipulated Protective Order agreed to by the parties and good cause appearing therefore, the Court hereby **GRANTS** Plaintiff Tigran Cholakyan and Defendant Mercedes-Benz USA, LLC's Stipulated Protective Order Regarding Confidential Material with the following modifications, most of which are corrections to misnumbered cross-referenced paragraphs:

1. In Paragraph 6, at page 3, the cross-reference to paragraph 10 is changed to a cross-reference to paragraphs 13 and 14.

2. Paragraph 7 is modified as follows: The phrase "filed under seal" which appears at page 3 at both lines 16 and 20 is modified to "submitted for filing under seal".

3. Paragraph 8a is modified to read as follows: "The Court and Court personnel, provided that any such discovery material filed with the Clerk of the Court shall be submitted for filing under seal, pursuant to paragraph 7 above, and for release only by order of the Court or by agreement of the parties";

4. In Paragraph 11, all cross-references to Paragraphs 7(c), 7(e), and 7(f) are modified to cross-references to Paragraphs 8(c), 8(e) and 8(f);

5. In Paragraph 15, the cross-reference to Paragraph 9 is modified to cross-reference Paragraph 11.

IT IS SO ORDERED.

Dated: May 25, 2011

/s/
Hon. Jacqueline Chooljian
Judge of the U.S. District Court