Troy M. Yoshino, No. 197850
Matthew J. Kemner, No. 188126
Eric J. Knapp, No. 214352
CARROLL, BURDICK & McDONOUGH LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: tyoshino@cbmlaw.com
mkemner@cbmlaw.com
eknapp@cbmlaw.com

Attorneys for Defendant
Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIGRAN CHOLAKYAN, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | No. 10-cv-05944-MMM (JC)<br><br>**PROTECTIVE ORDER TO PRESERVE THE VEHICLE AT ISSUE UNDER PLAINTIFF'S CLAIMS** |

IT IS HEREBY ORDERED:

1. Plaintiff Tigran Cholakyan ("plaintiff") and Defendant Mercedes-Benz USA ("defendant" or "MBUSA") (collectively "the Parties") and their agents, employees, attorneys, consultants, and/or representatives, are prohibited from destroying, disabling, tampering with, modifying, altering, selling, or otherwise disposing of plaintiffs' 2005 Mercedes-Benz E-320 at issue in this action ("the subject vehicle"), including any parts or components that have been removed from the Subject Vehicle and that are in the possession, custody, or

CBM-PRODUCTS\SF515246

control of plaintiff's or his agents, employees, attorneys, experts, consultants, and/or representatives until the expiration of the expert discovery deadline in this action (the "Preservation Period").

2.  During the Preservation Period, plaintiff may propose to have some portion of his car repaired, provided that MBUSA is provided two weeks advance notice of the nature of the allegedly required repair and, if MBUSA agrees that the repair(s) will not compromise the integrity/preservation of evidence for trial, it will provide its consent to the repair(s).  In any event, MBUSA shall have the right to be present and witness/videotape any agreed upon repair(s) to the vehicle during the Preservation Period.  MBUSA shall also have the right to fully inspect any parts removed, which shall otherwise remain fully subject to this Protective Order.

3.  Nothing in this Order shall be construed to require plaintiff to refrain from using his vehicle for its ordinary use during the Preservation Period.

4.  During the Preservation Period, plaintiff is permitted to continue to perform ordinary maintenance (oil changes, tire rotations, brakes, exterior cleaning, etc.) and any necessary repairs that may be required to the subject vehicle and unrelated to the defect alleged in plaintiff's First Amended Complaint.

5.  Subject to paragraph 2 of this Protective Order, plaintiff may make any repair visits to any Mercedes-Benz authorized service center pursuant to the terms of his Certified Pre-Owned Warranty.

IT IS SO ORDERED.

Dated: July 19, 2011

_____/s/_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge