Troy M. Yoshino, No. 197850
Matthew J. Kemner, No. 188126
Eric J. Knapp, No. 214352
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:   415.989.5900
Facsimile:   415.989.0932
Email:   tyoshino@cbmlaw.com
         mkemner@cbmlaw.com
         eknapp@cbmlaw.com

Attorneys for Defendant
Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIGRAN CHOLAKYAN, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | No. 10-cv-05944-MMM (JC)<br><br>**JOINT REPORT PROPOSING DATE FOR EVIDENTIARY HEARING REGARDING PLAINTIFF'S STANDING**<br><br>Hon. Margaret M. Morrow |

CBM-MERCEDES\SF538096

In its January 12, 2012 Order (Dkt. No. 149), the Court ordered the parties to meet-and-confer and file a joint report proposing a date for an evidentiary hearing regarding plaintiff's standing. The parties propose **March 2, 2012** for the evidentiary hearing.

### Additional Positions of MBUSA

One of the reasons the Court said it believed the evidentiary hearing was necessary was to "examine the credibility of key witnesses, including . . . Potok." (1/12/12 Order at 54:1.) MBUSA therefore asked plaintiff to confirm Mr. Potok's availability on any date plaintiff offered. Plaintiff declined to do so.

Based on the Court's comments at the hearing on October 31, 2011, MBUSA understood that the Court wished to adjudicate standing issues before class certification matters. MBUSA agrees that this would be the most efficient way to proceed. Plaintiff's class certification motion is scheduled to be heard on March 5, 2012. As such, in the event the Court is not available on the March 2 date set forth above, MBUSA states that it can be available for the evidentiary hearing on February 24, 28-29, and March 1.

MBUSA informed plaintiff that it was still in the process of considering the evidence it intends to set forth at the hearings but that, as per the Court's order, it would be prepared to submit a joint witness list 21 days before the hearing.

### Additional Positions of Plaintiff

Plaintiff believes that the Court's reference to Mr. Potok was based on the Court's understanding that Mr. Potok would be presented as an expert by Plaintiff, for purposes of the evidentiary hearing on standing and/or certification. However, Plaintiff has not designated Mr. Potok as his expert, and therefore does not believe there is a reason to confirm his availability for the evidentiary hearing. Plaintiff advised counsel for Defendants, during the parties meet and confer relating to the evidentiary hearing, that Plaintiff intended to rely on the testimony of Plaintiff Tigran Cholakyan and Plaintiff's designated expert Robert Waters for purposes of

establishing standing and class certification, and advised that both witnesses were available on March 2, 2012.

During the parties' meet and confer with respect to the evidentiary hearing, after disclosing the two witnesses Plaintiff intends to call at the evidentiary hearing, Plaintiff requested that Defendants identify their witnesses, so that Plaintiff can determine the need for any rebuttal witnesses. Counsel for Defendants refused to identify any witnesses, and gave no dates on which they intend to disclose their witnesses, other than pointing Plaintiff's counsel to the Court's Order that the joint witness list must be submitted twenty-one (21) days prior to the hearing.

Dated:  January 19, 2012          Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By     */s/ Troy M. Yoshino*
Troy M. Yoshino
Attorneys for Defendant
Mercedes-Benz USA, LLC

Dated:  January 19, 2012          Respectfully submitted,

INITIATIVE LEGAL GROUP APC

By     */s/ Gene Williams*
Gene Williams
Gene Williams (State Bar No. 211390)
David M. Medby (State Bar No. 227401)
Sue J. Kim (State Bar No. 256392)
**Initiative Legal Group APC**
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Payam Shahian (State Bar No. 228406)
e-mail: pshahian@slpattorney.com
**Strategic Legal Practices, APC**
11601 Wilshire Blvd., Suite 500
Los Angeles, CA 90025
Telephone: (310) 575-1845
Facsimile: (310) 693-9085

CBM-MERCEDES\SF538096                      2

Robert L. Starr (State Bar No. 183052)
e-mail: starresq@hotmail.com
**The Law Office of Robert L. Starr**
23277 Ventura Boulevard
Woodland Hills, CA 91364
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Matthew R. Mendelsohn (*pro hac vice*)
Eric D. Katz (*pro hac vice*)
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303

Dara Tabesh (State Bar No. 230434)
e-mail: DTabesh@hotmail.com
201 Spear St. Ste. 1100
San Francisco, CA 94105
Telephone: (415) 595-9208
Facsimile: (415) 651-8639

Attorneys for Plaintiff Tigran Cholakyan

CBM-MERCEDES\SF538096     3

**JOINT REPORT PROPOSING DATES FOR EVID. HRG. RE: STANDING— CASE NO. 10-5944 MMM (JC)**